IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE HERNS, | 1:07-cv-01728-WMW-(HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S THIRD MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO RESPONDENT'S MOTION TO DIMISS |
|     vs. | |
| A. HEDGPETH, | (DOCUMENT #22) |
|     Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 24, 2008, petitioner filed a motion to extend time to file opposition to Respondent's Motion to Dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his opposition to Respondent's Motion to Dismiss.

IT IS SO ORDERED.

**Dated:   July 29, 2008**           /s/  **William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE