# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LEE HERNS,                                    1: 07 CV 01728 WMW HC

                    Petitioner,                ORDER DENYING MOTION FOR
                                               CALCULATION WORKSHEET

     v.                                        [Doc. 11]

A. HEDGPETH, WARDEN,

                    Respondent.
_____/

          Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28

U.S.C. Section 2254.  On April 10, 2008, Petitioner filed a motion requesting that the court provide

him with a "calculation worksheet," stating that an error has been made in the calculation of his

sentence.  The court has no such "calculation  worksheet" which it can provide to Petitioner.

Accordingly, Petitioner's request is HEREBY DENIED.


IT IS SO ORDERED.

**Dated:    December 3, 2008        _____/s/  William M. Wunderlich_____**
                                    UNITED STATES MAGISTRATE JUDGE